**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Southbridge Associates II LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **SA LLC II** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **49-0492051** |
| 4. | **Debtor's address** | **Principal place of business**<br>**163 Washington St.**<br>**Auburn, MA 01501**<br>Number, Street, City, State & ZIP Code<br>**Worcester**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Southbridge Associates II LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Southbridge Associates II LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______
  Contact name ______
  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Docusign Envelope ID: A039BE4A-C6F2-882D-83C4-2FBD4B60B278

Debtor **Southbridge Associates II LLC**
Name

Case number (*if known*)

[redacted] **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/18/2026
MM / DD / YYYY

DocuSigned by:

X Barry Lundgren
Signature of authorized representative of debtor

**Barry R. Lundgren**
Printed name

Title **Authorized Signatory**

**18. Signature of attorney**

X John Morrier
Signature of attorney for debtor

Date 9-21-2026
MM / DD / YYYY

**John T. Morrier**
Printed name

**Casner & Edwards, LLP**
Firm name

**303 Congress Street**
**Boston, MA 02210**
Number, Street, City, State & ZIP Code

Contact phone **617-426-5900** Email address **morrier@casneredwards.com**

**628624 MA**
Bar number and State

# United States Bankruptcy Court
## District of Massachusetts

In re **Southbridge Associates II LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Franklin Advisors Southbridge II LLC**<br>**163 Washington St.**<br>**Auburn, MA 01501** | | | **98% of Southbridge Associates II LLC** |
| **YC Southbridge LLC**<br>**115 Washington St.**<br>**Auburn, MA 01501** | | | **100% ownership of Franklin Advisors Southbridge II LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 21, 2026**

Signature **/s/ Barry R. Lundgren**
**Barry R. Lundgren**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Massachusetts

In re **Southbridge Associates II LLC** Case No. ______
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Southbridge Associates II LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Franklin Advisors Southbridge II LLC**
**163 Washington St.**
**Auburn, MA 01501**

**YC Southbridge LLC**
**115 Washington St.**
**Auburn, MA 01501**

☐ None [*Check if applicable*]

**September 21, 2026**
Date

**/s/ John T. Morrier**
**John T. Morrier**
Signature of Attorney or Litigant
Counsel for **Southbridge Associates II LLC**
**Casner & Edwards, LLP**
**303 Congress Street**
**Boston, MA 02210**
**617-426-5900 Fax:617-426-8810**
**morrier@casneredwards.com**

**Action By Manager**

The undersigned ("Manager"), in his respective capacities as (i) the sole manager of YC Southbridge, LLC, a Delaware limited liability company, which is the sole member of Franklin Advisors Southbridge II LLC, a Massachusetts limited liability company, which is the manager of Southbridge Associates II, LLC a Delaware limited liability company (the "Company"); and (ii) the sole manager of Franklin Advisors Southbridge II, LLC as said manager of the Company, hereby adopts the following resolutions by and on behalf of the Company:

RESOLVED: That the Company commence a case under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") with the United States Bankruptcy Court for the District of Massachusetts (the "Court") to address its obligations, and the obligations of its affiliates, to its creditors;

FURTHER RESOLVED: That the Company is hereby authorized: (i) to prepare and file a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to file such petition, schedules and statements as may be necessary or appropriate in connection therewith; (iii) to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code; (iv) to take such steps as may be necessary or appropriate to its Chapter 11 including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, post-petition financing, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business, and the investigation and prosecution of claims and causes of action held by its bankruptcy estate; (v) to negotiate, prepare and propose to creditors such Chapter 11 plan as may be feasible and in its and such creditors' best interests, or alternatively, to seek dismissal or conversion to Chapter 7 of the its Chapter 11 case in appropriate circumstances; (vi) to file any pleading appropriate or necessary in furtherance of the foregoing; and (vii) to execute such further documents and do such further acts as may be necessary or appropriate with respect to the foregoing;

FURTHER RESOLVED: That the Company is hereby authorized to retain the law firm of Casner & Edwards, LLP ("Casner") and John T. Morrier, Esq., of that firm as counsel under general retainer to advise and represent such company in all proceedings commenced under or resulting from these resolutions, that the company compensate Casner for its services at its hourly rates in effect at the time such services are rendered, and to reimburse Casner in full for its cash disbursements and for such expenses as Casner customarily bills to its clients, and that the Company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER
RESOLVED: That Barry R. Lundgren ( "Authorized Officer") be and hereby is authorized and directed, in the name of and on behalf of the Company and as its corporate act, to execute and deliver any and all documents, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such certificates and other instruments, and to do everything that each may deem necessary or appropriate in order to implement fully each and all of the foregoing resolutions, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, financial advisors, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer or any such delegate in connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

FURTHER
RESOLVED: That any action previously taken by the Authorized Officer in accordance with the foregoing resolutions be and hereby is ratified and approved in its entirety.

Adopted, effective September 18, 2026.

**Southbridge Associates II LLC**
By: Franklin Advisors Southbridge II LLC
Its: Manager

By: YC Southbridge LLC
Its: Manager

DocuSigned by:
By: Barry Lundgren
365FA6AD288F44C...
Name: Barry R. Lundgren
Title: Manager

**Action by Manager**

The undersigned ("Manager"), in his respective capacities as (i) the sole manager of YC Southbridge, LLC, a Delaware limited liability company ("YC"), which is the sole member of Franklin Advisors Southbridge II LLC, a Massachusetts limited liability company ("FASII"), which is the manager of Southbridge Associates II, LLC a Delaware limited liability company (the "Company") and (ii) the sole manager of FASII, hereby adopts the following resolutions by and on behalf of YC and FASII respectively:

RESOLVED: That YC acting in its capacity as sole manager of FASII cause FASII as sole manager of the Company to commence a case under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts by and on behalf of the Company in order to address the obligations of the Company to its creditors;

FURTHER RESOLVED: That YC acting in its capacity as sole manager of FASII cause FASII to authorize the Company (i) to prepare and file a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to file such petition, schedules and statements as may be necessary or appropriate in connection therewith; (iii) to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code; (iv) to take such steps as may be necessary or appropriate to its Chapter 11 including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, post-petition financing, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business, and the investigation and prosecution of claims and causes of action held by its bankruptcy estate; (v) to negotiate, prepare and propose to creditors such Chapter 11 plan as may be feasible and in its and such creditors' best interests, or alternatively, to seek dismissal or conversion to Chapter 7 of the its Chapter 11 case in appropriate circumstances; (vi) to file any pleading appropriate or necessary in furtherance of the foregoing; and (vii) to execute such further documents and do such further acts as may be necessary or appropriate with respect to the foregoing;

FURTHER RESOLVED: That YC acting in its capacity as sole manager of FASII cause FASII to authorize the Company to retain the law firm of Casner & Edwards, LLP ("Casner") and John T. Morrier, Esq., of that firm as counsel under general retainer to advise and represent such company in all proceedings commenced under or resulting from these resolutions, that the company compensate Casner for its services at its hourly rates in effect at the time such services are rendered, and to reimburse Casner in full for its cash disbursements and for such expenses as Casner customarily bills to its

clients, and that the Company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER RESOLVED: That YC acting in its capacity as sole manager of FASII cause FASII to authorize the Company to appoint and direct Barry R. Lundgren as an authorized officer of the Company and in the name of and on behalf of the Company and as its corporate act, to execute and deliver any and all documents, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such certificates and other instruments, and to do everything that each may deem necessary or appropriate in order to implement fully each and all of the foregoing resolutions, including the delegation of such foregoing authority to other officers and employees of the Company or to attorneys, financial advisors, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer or any such delegate in connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

FURTHER RESOLVED: That FASII as sole manager of the Company take all actions necessary and desirable to implement the foregoing resolutions for and on behalf of the Company.

FURTHER RESOLVED: That any action previously taken by the Manager, YC or FASII in accordance with the foregoing resolutions be and hereby is ratified and approved in its entirety.

Adopted, effective September 18, 2026.

**YC Southbridge LLC**

DocuSigned by:
By: Barry Lundgren
365FA6AD288F44C...
Name: Barry R. Lundgren
Title: Manager

**Franklin Advisors Southbridge II LLC**
By: YC Southbridge LLC
Its: Manager

DocuSigned by:
By: Barry Lundgren
365FA6AD288F44C...
Name: Barry R. Lundgren
Title: Manager